1060

[No. 12757-5-III.     Division Three.     June 28, 1994.]

THE STATE OF WASHINGTON, *Appellant*, v. DONNA
LYNN LEE, *Respondent*.

Appeal from a judgment of the Superior Court for Yakima
County, No. 92-1-01104-8, Susan L. Hahn, J., entered September 4, 1992. *Affirmed* by unpublished opinion per Munson, J., concurred in by Sweeney, A.C.J., and Schultheis, J.

[No. 12801-6-III.     Division Three.     June 28, 1994.]

*In the Matter of the Marriage of* GREGG S. ORMAN,
*Respondent, and* MARTINA M. MORENO, *Appellant*.

Appeal from a judgment of the Superior Court for Grant
County, No. 91-3-00385-8, Evan E. Sperline, J., entered October 2, 1992. *Reversed* by unpublished opinion per Sweeney,
J., concurred in by Thompson, C.J., and Schultheis, J.

[No. 16943-6-II.     Division Two.     June 30, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIE LEE
BUTLER, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 92-1-04286-1, Terry D. Sebring, J., entered
March 2, 1993. *Vacated* and *remanded* by unpublished per
curiam opinion.

[Nos. 15139-1-II; 16588-1-II.     Division Two.     June 30, 1994.]

JOHN J. SCHULTZ, *Appellant*, v. MILDRED B. WERELIUS,
*Respondent*.

Appeals from judgments of the Superior Court for Grays
Harbor County, No. 89-2-00034-9, David E. Foscue, J., entered July 9, 1991, and November 2, 1992. *Affirmed* by unpublished opinion per Alexander, J., concurred in by Seinfeld, A.C.J., and Houghton, J.